ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION, AIRMOTIVE INVESTMENTS, LLC )<br><br>Defendants. )<br>_____ )<br>AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company, )<br><br>Counterclaimant, )<br><br>vs. )<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; ANA RODRIGUEZ f/k/a ANA PUENTES, an individual; DOE individuals I through XX; and ROE CORPORATIONS I through XX, )<br><br>Counter-Defendants. )<br>_____ ) | Case No. 3:16-cv-00227-MMD-WGC<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** |

*(left margin, vertical text)*
**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

8953 Finnsech

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

**STIPULATION AND ORDER TO EXTEND TIME TO**
**RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiffs, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.    On November 20, 2018, Plaintiffs filed a Motion for Partial Summary Judgment herein [ECF #60].  A response is presently due on December 11, 2018.

2.    Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.  Specifically, Defendant's counsel has been required to prepare several appellate briefs and respond to numerous summary judgment motions that have been filed in various cases over the course of the past several weeks.

3.    Defendant has requested and shall be granted an extension of time until January 11, 2019, in which to respond to the Plaintiffs' Motion for Summary Judgment.

4.    Plaintiffs have requested and shall be granted an extension of time in which to file any Reply.  Plaintiffs shall file any Reply brief within 30 days after Defendant's Response is filed.

//
//
//
//
//
//
//
//
//

8953 Finnsech

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____11th_____ day of December, 2018.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                      AKERMAN, LLP

*/s/ Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Airmotive Investments, LLC***

*/s/ Rex D. Garner*
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
Rex.garner@akerman.com
***Attorney for Plaintiffs***
***Ditech Financial, LLC and Federal***
***National Mortgage Association***

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: __December 11,  2018__

8953 Finnsech

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____11th_____ day of December, 2018, I served via

the United States District Court CM/ECF electronic filing system, the foregoing

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR**

**SUMMARY JUDGMENT (First Request)** to the following parties:

Rex Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial, LLC and*
*Federal National Mortgage*
*Association*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial, LLC and*
*Federal National Mortgage*
*Association*

Adam H Clarkson
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
aclarkson@the-clg.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

Thomas E. McGrath
Tyson & Mendes, LLP
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

Christopher Ammon Lund
Tyson & Mendes LLP
8275 South Eastern Avenue
Suite 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

 /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

8953 Finnsech