ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> STONEFIELD II HOMEOWNERS ASSOCIATION, AIRMOTIVE INVESTMENTS, LLC <br><br> Defendants. <br> _____ <br> AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; ANA RODRIGUEZ f/k/a ANA PUENTES, an individual; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Counter-Defendants. <br> _____ | Case No. 3:16-cv-00227-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

COMES NOW Plaintiffs, DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 20, 2018, Plaintiffs filed a Motion for Partial Summary Judgment herein [ECF #60]. A response was due on December 11, 2018.

2. On December 11, 2018, the Parties stipulated herein to extend the responsive deadline for 30 days [ECF #62].

3. This Court granted the Parties' stipulation, and ordered that any opposition to the Motion would be extended until January 11, 2019.

4. As a result of the holidays and family obligations associated therewith, Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. Specifically, Defendant's counsel has been required to prepare several appellate briefs and respond to numerous summary judgment motions that have been filed in various cases over the course of the past several weeks.

5. Defendant has requested and shall be granted an extension of time until January 25, 2019, in which to respond to the Plaintiffs' Motion for Summary Judgment.

6. Plaintiffs have requested and shall be granted an extension of time in which to file any Reply. Plaintiffs shall file any Reply brief within 21 days after Defendant's Response is filed.

//
//
//
//

8953 Finnsech

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this   11th   day of January, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy Rhoda* <br>TIMOTHY E. RHODA, ESQ. <br>Nevada Bar No. 7878 <br>9120 West Post Road, Suite 100 <br>Las Vegas, Nevada 89148 <br>(702) 254-7775 <br>croteaulaw@croteaulaw.com <br>***Attorney for Defendant*** <br>***Airmotive Investments, LLC*** | /s/ *Rex Garner* <br>REX D. GARNER, ESQ. <br>Nevada Bar No. 9401 <br>1635 Village Center Circle, Suite 200 <br>Las Vegas, Nevada 89134 <br>702-634-5000 <br>702-380-8572 (fax) <br>Rex.garner@akerman.com <br>***Attorney for Plaintiffs*** <br>***Ditech Financial, LLC and Federal National Mortgage Association*** |

**IT IS SO ORDERED**

By: _____
  Judge, U.S. District Court

Dated: January 11, 2019

8953 Finnsech

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____11th_____ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

| | |
|---|---|
| Rex Garner<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>rex.garner@akerman.com<br>***Attorney for Plaintiffs***<br>***Ditech Financial, LLC and***<br>***Federal National Mortgage***<br>***Association*** | Adam H Clarkson<br>The Clarkson Law Group, P.C.<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br>702-462-5700<br>702-446-6234 (fax)<br>aclarkson@the-clg.com<br>***Attorney for Defendant***<br>***Stonefield II Homeowners Association*** |
| Ariel E. Stern<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>702-634-5000<br>702-380-8572 (fax)<br>ariel.stern@akerman.com<br>***Attorney for Plaintiffs***<br>***Ditech Financial, LLC and***<br>***Federal National Mortgage***<br>***Association*** | Thomas E. McGrath<br>Tyson & Mendes, LLP<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, NV 89123<br>702-724-2648<br>702-938-1048 (fax)<br>tmcgrath@tysonmendes.com<br>***Attorney for Defendant***<br>***Stonefield II Homeowners Association*** |
| | Christopher Ammon Lund<br>Tyson & Mendes LLP<br>8275 South Eastern Avenue<br>Suite 115<br>Las Vegas, NV 89123<br>702-724-2648<br>702-938-1048 (fax)<br>clund@tysonmendes.com<br>***Attorney for Defendant***<br>***Stonefield II Homeowners Association*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

8953 Finnsech