ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC*
*f/k/a Green Tree Servicing LLC and Federal*
*National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION; <br><br> Plaintiff, <br><br> vs. <br><br> TBR I, LLC; STONEFIELD II HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 3:16-cv-00227-MMD-WGC <br><br> **STIPULATION AND ORDER TO CONSOLIDATE RESPONSE AND REPLY AND EXTEND DEADLINES TO FILE RESPONSE/REPLY BRIEF SUPPORTING SUMMARY JUDGMENT MOTION (First Request)** |

Ditech Financial LLC f/k/a Green Tree Servicing LLC and Federal National Mortgage Association (**Plaintiffs**), Stonefield II Homeowners Association (**Stonefield**), and Airmotive Investments LLC (**Airmotive**), by and through their respective counsel of record, stipulate as follows:

1.      On November 20, 2018, Plaintiffs filed a motion for partial summary judgment [ECF #60]. A response was due on December 11, 2018.

2.      On December 11, 2018, the parties stipulated to extend the responsive deadline for 30 days [ECF #62].

3.      This Court granted the parties' stipulation, and ordered that any opposition to the motion would be extended until January 11, 2019 [ECF #64]

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4. On December 12, 2018, Stonefield filed a response to Plaintiffs' motion for summary judgment [ECF No. 63] and Plaintiffs filed their reply on December 21, 2018 [ECF No. 66].

5. As a result of the holidays and family obligations, and that Airmotive's counsel had been required to prepare several appellate briefs and respond to numerous summary judgment motions filed in various cases, Airmotive's counsel and Plaintiffs' counsel stipulated to extend Airmotive's response deadline [ECF No. 67].

6. This Court granted the parties' stipulation, and ordered that Airmotive's deadline to file an opposition to the motion would be extended until January 25, 2019 [ECF No. 68].

7. On January 25, 2019, Airmotive filed its response to Plaintiffs' motion for partial summary judgment [ECF No. 69]. Plaintiffs' reply is due February 8, 2019.

8. Also on January 25, 2019, Airmotive filed its own motion for partial summary judgment [ECF No. 70]. Plaintiffs' response is due February 15, 2019.

9. The parties stipulate that Plaintiffs will file a consolidated response and reply to include a response to Airmotive's motion for partial summary judgment and a reply supporting Plaintiffs' own motion for partial summary judgment.

10. The parties stipulate Plaintiffs shall file their consolidated response/reply by February 15, 2019.

11. This is the first request for an extension of time on Plaintiffs' reply deadline.

///
///
///
///
///
///
///
///
///

12.     The parties agree this extension is not intended to cause delay or prejudice, but to accommodate counsel's schedule and to preserve counsel and judicial resources by consolidating the response and reply.

DATED: February 8, 2019                              DATED: February 8, 2019

**AKERMAN LLP**                                      **TYSON & MENDES LLP**

/s/ Rex D. Garner                                    /s/ Christopher A. Lund
ARIEL E. STERN, ESQ.                                 THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 8276                                  Nevada Bar No. 12435
REX D. GARNER, ESQ.                                  CHRISTOPHER A. LUND
Nevada Bar No. 9401                                  Nevada Bar No. 12435
1635 Village Center Circle, Suite 200                3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89134                                  Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Ditech Financial LLC*     *Attorneys for Stonefield II Homeowners Association*
*f/k/a Green Tree Servicing LLC and Federal*
*National Mortgage Association*


**ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ Timothy E. Rhoda
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 W. Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Airmotive Investments, LLC*


                           **ORDER**

        IT IS SO ORDERED.

                           _____
                           UNITED STATES DISTRICT JUDGE

                            February 11, 2019
                           DATED