1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **AIRMOTIVE INVESTMENTS, LLC**

7
                    UNITED STATES DISTRICT COURT
8
                       DISTRICT OF NEVADA
9
                              ***
10
   DITECH FINANCIAL LLC F/K/A GREEN    )
11 TREE SERVICING LLC AND FEDERAL      )
   NATIONAL MORTGAGE ASSOCIATION,      )
12                                     )    Case No.   3:16-cv-00227-MMD-WGC
                            Plaintiffs, )
13                                     )
   vs.                                 )
14                                     )
   STONEFIELD II HOMEOWNERS            )
15 ASSOCIATION, AIRMOTIVE             )    **JOINT MOTION TO EXTEND TIME**
   INVESTMENTS, LLC                    )    **TO FILE NOTICE OF APPEAL**
16                                     )
                            Defendants. )
17 _____ )
   AIRMOTIVE INVESTMENTS, LLC, a Nevada )
18 limited liability company,          )
                                       )
19                       Counterclaimant, )
                                       )
20 vs.                                 )
                                       )
21 DITECH FINANCIAL LLC f/k/a GREEN    )
   TREE SERVICING LLC, a Delaware limited )
22 liability company; FEDERAL NATIONAL )
   MORTGAGE ASSOCIATION, a federally   )
23 chartered corporation; ANA RODRIGUEZ f/k/a )
   ANA PUENTES, an individual; DOE     )
24 individuals I through XX; and ROE   )
   CORPORATIONS I through XX,          )
25                                     )
                     Counter-Defendants. )
26 _____ )

27

28

## JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

COMES NOW, Defendants, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*) and STONEFIELD II HOMEOWNERS ASSOCIATION (*"HOA"*), and Plaintiffs, DITECH FINANCIAL SERVICES LLC f/k/a GREEN TREE SERVICING LLC (*"Ditech"*), and FEDERAL NATIONAL MORTGAGE ASSOCIATION (*"Fannie Mae"*), by and through their undersigned counsel, and hereby jointly move this Court to extend the time to file a Notice of Appeal in this matter, stating as follows:

1.  On July 3, 2019, this Court entered an Order granting Plaintiffs' Motion for Summary Judgment. [ECF #79]. On the same date, the Court entered a Judgment. [ECF #80].

2.  On September 18, 2019, This Court entered an Order granting Plaintiffs' Motion for Final Judgment Under Rule 54(b). [ECF #82].

3.  On the same date, a Final Judgment was entered. [ECF #83].

4.  Since the entry of the Final Judgment, Airmotive, HOA, Ditech and Fannie Mae have been attempting to negotiate the terms of an amicable settlement of all claims at issue between them in this matter.

5.  The current deadline to file a Notice of Appeal is October 18, 2019.

6.  The parties desire to further discuss an amicable resolution before incurring the costs associated with an appeal.

7.  Fed. R. App. P. 4 provides in pertinent part as follows:

    (5) *Motion for Extension of Time.*
    (A) The district court may extend the time to file a notice of appeal if:
    (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
    (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
    (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
    (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order

8953 Finnsech

granting the motion is entered, whichever is later.

8.     Pursuant to Fed. R. App. P. 4, Airmotive, HOA, Ditech and Fannie Mae respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal herein until (a) November 18, 2019 (because November 17, 2019 falls on a Sunday); or (b) 14 days after an Order granting this Motion is entered, whichever is later.

9.     This Motion is made in good faith and not for purpose of delay.

Dated this _____11th_____ day of October, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

TYSON & MENDES LLP


/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Airmotive Investments, LLC***

/s/ *Christopher A. Lund*
CHRISTOPHER AMMON LUND, ESQ.
Nevada Bar No. 12435
8275 South Eastern Avenue
Suite 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
***Attorney for Defendant***
***Stonefield II Homeowners Association***

AKERMAN, LLP


/s/ *Rex D. Garner*
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
Rex.garner@akerman.com
***Attorney for Plaintiffs***
***Ditech Financial Services, LLC and***
***Federal National Mortgage Association***

**IT IS SO ORDERED.**

By: _____
     Judge, U.S. District Court


Dated: October 15, 2019
_____

Page 3 of 4

8953 Finnsech

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____11th_____ day of October, 2019, I served via the

United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION**

**TO EXTEND TIME TO FILE NOTICE OF APPEAL** to the following parties:

Rex Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
rex.garner@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial, LLC and*
*Federal National Mortgage*
*Association*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiffs*
*Ditech Financial, LLC and*
*Federal National Mortgage*
*Association*

Adam H Clarkson
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
aclarkson@the-clg.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

Thomas E. McGrath
Tyson & Mendes, LLP
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

Christopher Ammon Lund
Tyson & Mendes LLP
8275 South Eastern Avenue
Suite 115
Las Vegas, NV 89123
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Stonefield II Homeowners Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

8953 Finnsech