MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for plaintiffs Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS LLC,<br><br>　　　　　　Defendants. | Case No.: 3:16-cv-00227-MMD-WGC<br><br><br>**STIPULATION OF DISMISSAL OF "NEGLIGENT, OR ALTERNATIVELY, INTENTIONAL MISREPRESENTATION" CLAIM AGAINST DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>　　　　　　Counter-Claimant,<br><br>vs.<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; ANA RODRIGUEZ f/k/a ANA PUENTES, an individual, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　Counter-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

52801025;1

Plaintiff and counter-defendant Ditech Financial, LLC f/k/a Green Tree Servicing, LLC and defendant and counter-claimant Airmotive Investments, LLC, by and through their undersigned counsel, respectfully notify the Court that as a result of the Confirmation Order entered by the Bankruptcy Court in Ditech's Chapter 11 bankruptcy case and resulting Injunction[1], Airmotive voluntarily dismisses, without prejudice, its claim for "negligent, or alternatively, intentional misrepresentation" against Ditech, each party to bear its own attorneys' fees and costs.

Dated:  April 21, 2020.

Dated:  April 21, 2020.

AKERMAN LLP

ROGER P. CROTEAU & ASSOCIATES, LTD.

 /s/ Rex D. Garner
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle Suite 200
Las Vegas, Nevada 89134

 /s/ Timothy E. Rhoda
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #75
Las Vegas, Nevada 89102

Attorneys for plaintiffs and counter-defendants Ditech Financial LLC f/k/a Green Tree Servicing LLC and Federal National Mortgage Association

Attorneys for defendant and counterclaimant Airmotive Investments, LLC

## ORDER

IT IS SO ORDERED.

DATED:   April 21, 2020

_____
DISTRICT COURT JUDGE
Case No.: 3:16-cv-00227-MMD-WGC

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

[1] See ECF No. 4-1, Ditech Financial LLC f/k/a/ Green Tree Servicing, LLC's Notice of Bankruptcy Status.

52801025;1