ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Ditech Financial Services LLC f/k/a Green Tree Servicing LLC, and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS LLC,<br><br>Defendants. | Case No.: 3:16-cv-00227-MMD-WGC<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; ANA RODRIGUEZ f/k/a ANA PUENTES, an individual, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Counter-Defendants. | |

1

53125583;1

1  TO:   ALL PARTIES OF RECORD AND THEIR COUNSEL:

2  **PLEASE TAKE NOTICE** that Jared Sechrist, Esq., is no longer associated with the law firm

3  of Akerman LLP and requests that Mr. Sechrist be removed from the service list.

4  Akerman LLP continues to serve as counsel for Ditech Financial LLC f/k/a Green Tree

5  Servicing LLC and Federal National Mortgage Association in this action. All items, including, but not

6  limited to, pleadings, papers, correspondence, documents and future notices in this action should

7  continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq., and Rex D. Garner, Esq.

8  DATED this 14th day of May, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Ditech Financial LLC f/k/a Green Tree Servicing LLC and Federal National Mortgage Association*

## COURT APPROVAL

IT IS SO ORDERED.

Date: May 14, 2020.

UNITED STATES MAGISTRATE JUDGE
Case No.: 3:16-cv-00227-MMD-WGC

2

53125583;1